FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARNULFO FAUSTINO-ANAYA, | NO: 4:23-CV-5153-TOR |
| Petitioner, | |
| v. | ORDER DISMISSING PETITION WITHOUT PREJUDICE, ETC. |
| STATE OF WASHINGTON, | |
| Respondent. | |

Petitioner, a *pro se* prisoner at the Coyote Ridge Corrections Center, seeks a Writ of Habeas Corpus, *in forma pauperis* status, and a Stay and Abeyance order, along with other relief. ECF Nos. 1 through 7.

Rule 4 of the Rules Governing Section 2254 Cases provides for the summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court." Here, it is abundantly clear that Petitioner is not entitled to federal habeas relief at this time.

### WRIT OF HABEAS CORPUS

Petitioner challenges his convictions for two counts of Rape of a Child in the

ORDER DISMISSING PETITION WITHOUT PREJUDICE, ETC. ~ 1

1  Second Degree.  Petitioner admits that he has not exhausted his state court remedies
2  and therefore asks for an order of stay and abeyance.

3  According to 28 U.S.C. § 2254(b)(1)(A) "An application for a writ of habeas
4  corpus on behalf of a person in custody pursuant to the judgment of a State court
5  shall not be granted unless it appears that—[ ] the applicant has exhausted the
6  remedies available in the courts of the State". *See also Rose v. Lundy*, 455 U.S. 509
7  (1982) and *Rhines v. Weber*, 544 U.S. 269 (2005).  Here, Petitioner has not exhausted
8  his state court remedies and there is no justifiable reason to stay this case and hold
9  it in abeyance.

**IMPROPER RESPONDENT**

11  Petitioner did not name a proper party as Respondent to this action.  A
12  petitioner for habeas corpus relief must name the state officer having custody of him
13  as the respondent to the petition.  Rule 2(a), Rules Governing Section 2254 Cases in
14  the United States District Courts; *Stanley v. California Supreme Court,* 21 F.3d 359,
15  360 (9th Cir. 1994).  This person is typically the warden of the facility in which the
16  petitioner is incarcerated.  *See also Brittingham v. United States*, 982 F.2d 378, 379
17  (9th Cir. 1992).

18  Failure to name the petitioner's custodian as a respondent deprives federal
19  courts of personal jurisdiction.  *Id.*; *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir.
20  1989).

ORDER DISMISSING PETITION WITHOUT PREJUDICE, ETC. ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED without prejudice.**

2. Petitioner's Application to Proceed *In Forma Pauperis*, ECF No. 2, is **DENIED as moot.**

3. Petitioner's Motion: Designation of Records, ECF No. 3, is **DENIED as moot.**

4. Petitioner's Motion Stay and Abeyance, ECF No. 4, is **DENIED**.

5. Petitioner' Motion Evidence Show of Cause, ECF No. 5 is **DENIED as moot.**

6. Petitioner's Motion Show Cause, ECF No. 6, is **DENIED as moot**.

7. Petitioner's Motion Clerk Action, ECF No. 7, is **DENIED as moot**.

8. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

DATED November 16, 2023.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING PETITION WITHOUT PREJUDICE, ETC. ~ 3